NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STATON TECHIYA, LLC,**

*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Appellees*

---

2024-1548

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01106.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    STATON TECHIYA, LLC V. SAMSUNG ELECTRONICS CO., LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT



June 18, 2024
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 18, 2024